UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 15-01898
Stuart N. Poms and Cheryl Poms )
)  Chapter: 13
)  Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER MODIFYING DEBTORS' PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

Debtors' Chapter 13 Plan is modified post-confirmation to suspend 2 months of their plan payments, May 2016 and June 2016 with payments resuming in July of 2016 and to defer the payments to the end of the plan.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 19, 2016

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600